IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT MOUSA,

      Petitioner,               No. CIV S-05-2037 MCE JFM P

  vs.

TOM CAREY (Warden), et al.,

      Respondents.          <u>ORDER</u>

                                /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. With his application petitioner filed a letter requesting a conformed copy of his habeas corpus application and an extension of time to file an in forma pauperis affidavit. Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send petitioner a conformed copy of his application for writ of habeas corpus, filed October 11, 2005; and

/////

/////

/////

/////

/////

1

1        2. Petitioner is granted a period of thirty days from the date of this order to file an
2  application to proceed in forma pauperis.
3  DATED: October 21, 2005.

                                          UNITED STATES MAGISTRATE JUDGE

7  12/kf
   mous2037.101a

2