IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT MOUSA,

    Petitioner,               No. CIV S-05-2037 MCE JFM P

  vs.

TOM CAREY (Warden), et al.,

    Respondents.         ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 19, 2005, respondents filed a motion to dismiss. On January 27, 2006, petitioner filed a motion for an extension of time to file an opposition to the motion.

        In the motion, respondents contend that petitioner has no federally protected liberty interest in parole under California law. To support that contention, respondent relies on an order of the district court in <u>Sass v. California Board of Prison Terms</u>, 376 F.Supp.2d 975 (E.D.Cal. 2005). The <u>Sass</u> case is set for oral argument in the United States Court of Appeals for the Ninth Circuit on March 16, 2006. Good cause appearing, respondents' motion will be denied without prejudice to its renewal, as appropriate, not later than thirty days after any decision by the court of appeals in <u>Sass</u>.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents' December 19, 2005 motion to dismiss is denied without prejudice; and

2. Petitioner's January 27, 2006 motion for extension of time is denied as unnecessary.

DATED: February 15, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
mous2037.mtd