IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT MOUSA,

        Petitioner,                    No. CIV S-05-2037 MCE JFM P

    vs.

TOM CAREY (Warden), et al.,

        Respondents.            <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner claims that his constitutional rights have been violated by repeated denials of parole. By order filed November 3, 2005, respondents were directed to file an answer to the petition within forty-five days. On December 19, 2005, respondents filed a motion to dismiss in which, relying on a decision of the district court in <u>Sass v. California Board of Prison Terms</u>, 376 F.Supp.2d 975 (E.D. Cal. 2005), they contended that petitioner had no cognizable liberty interest in parole. By order filed February 15, 2006, respondents' motion to dismiss was denied without prejudice to its renewal, as appropriate, within thirty days from the disposition of the <u>Sass</u> case by the United States Court of Appeals for the Ninth Circuit.

/////

1    On August 31, 2006, the United States Court of Appeals for the Ninth Circuit
2 issued its opinion in <u>Sass</u>, holding in relevant part that California inmates do have a cognizable
3 liberty interest in parole.  <u>Sass v. California Board of Prison Terms</u>, 461 F.3d 1123, 1126 (2006).
4 Accordingly, the court will set a new briefing schedule for resolution of petitioner's claims. .
5    In accordance with the above, IT IS HEREBY ORDERED that:
6    1. Respondents are directed to file an answer within forty-five days from the date
7 of this order.  <u>See</u> Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with
8 the answer any and all transcripts or other documents relevant to the determination of the issues
9 presented in the application.  Rule 5, Rules Governing Section 2254 Cases; and
10    2. Petitioner's traverse, if any, is due on or before thirty days from the date
11 respondents' answer is filed.
12 DATED:  November 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
mous2037.100sec