IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT MOUSA,

      Petitioner,                     No. CIV S-05-2037 MCE JFM P

    vs.

TOM CAREY, Warden, et al.,

      Respondents.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that within fifteen days from the date of this order respondents shall lodge the entire administrative record considered by the panel of the California Board of Prison Terms in connection with petitioner's October 18, 2004 subsequent parole consideration hearing.

DATED: April 3, 2008.

UNITED STATES MAGISTRATE JUDGE

/001;mous2037.fb