IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT MOUSA,

    Petitioner,                    No. CIV S-05-2037 MCE JFM P

    vs.

TOM CAREY, Warden, et al.,      <u>ORDER AND ORDER TO SHOW</u>

    Respondents.              <u>CAUSE IN RE CONTEMPT</u>

_____/

         Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus. On April 4, 2008, the undersigned directed respondent to lodge the entire administrative record within fifteen days. Respondent sought reconsideration by the district court. On April 17, 2008, the district court affirmed this court's April 4, 2008 order and directed respondents to lodge the entire administrative record within 15 days from service of that order. (Docket No. 16.) Fifteen days have now passed and respondents have failed to lodge said documents.

         Accordingly, respondents will be directed to show cause, by close of business October 1, 2008, to show cause, if any they may have, why this court should not find respondents in contempt for failing to comply with the May 7, 2008 court order.

1

1   Good cause appearing, IT IS HEREBY ORDERED that by close of business
2   October 1, 2008, respondents shall show cause, if any they may have, why this court should not
3   find respondents in contempt for failing to timely comply with the May 7, 2008 court order.
4   DATED: September 22, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; mous2037.con