IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT MOUSA,

      Petitioner,                      No. 2:05-cv-2037 MCE JFM (HC)

   vs.

TOM CAREY, Warden,

      Respondent.                   ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, the certificate portion of the request which must be completed by petitioner's institution of incarceration has not been filled out. Also, petitioner has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Petitioner will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's July 2, 2009 application to proceed in forma pauperis is dismissed without prejudice. (Docket No. 28.)

/////

1

2. Within thirty days from the date of this order, petitioner shall complete the attached Notice of Submission and submit the following documents to the court:

    a. A complete Application to Proceed In Forma Pauperis By a Prisoner; and

    b. A certified copy of petitioner's prison trust account statement for the six month period immediately preceding the filing of the complaint.

3. The Clerk of the Court is directed to send petitioner a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: July 9, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; mous2037.101b

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT MOUSA,

        Petitioner,                      No. 2:05-cv-2037 MCE JFM (HC)

    vs.

TOM CAREY, Warden,                NOTICE OF SUBMISSION

        Respondent.

_____/

        Petitioner hereby submits the following document in compliance with the court's order filed _____:

        _____        Complete Application to Proceed In Forma Pauperis By a Prisoner

        _____        Certified Copy of Prison Trust Account Statement

DATED:

                                                                Petitioner