IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT MOUSA,

    Petitioner,                    No. 2:05-cv-2037 MCE JFM (HC)

vs.

TOM CAREY, Warden,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner has filed a request to proceed in forma pauperis on appeal.  Good cause appearing therefor, IT IS HEREBY ORDERED that plaintiff is granted in forma pauperis status on appeal. (Docket No. 32.)

DATED: November 12, 2009.

                                      UNITED STATES MAGISTRATE JUDGE

/001; mous2037.ifp