IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT MOUSA,

    Petitioner,                 No. 2:05-cv-2037 MCE JFM (HC)

    vs.

THOMAS CAREY, Warden, et al.,

    Respondents.            ORDER

                                      /

           On November 12, 2009, the United States Court of Appeals for the Ninth Circuit remanded the instant case for the limited purpose of granting or denying a certificate-of-appealability.[1]

           A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

           A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

---

[1] But see White v. Lambert, 370 F.3d 1002, 1004 (9th Cir. 2004).

1

court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[2]

      Petitioner has made a substantial showing of the denial of a constitutional right in the following issue presented in the instant petition:  whether there was some evidence to support the parole board's 2004 decision denying petitioner parole.

      Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

Dated: November 17, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.